# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JANET DARTY                                                                                           PLAINTIFF

V.                              NO. 3:10CV00163 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                               DEFENDANT

## ORDER

Plaintiff's Unopposed Motion for Extension of Time (docket entry #10) is GRANTED. Plaintiff's Appeal Brief is due on or before January 3, 2011.

IT IS SO ORDERED this 2nd day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE