## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JANET DARTY                                                                            PLAINTIFF

VS.                                       3:10CV00163 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                DEFENDANT

## ORDER

The Commissioner has filed an unopposed Motion (docket entry #13) to reverse the ALJ's decision and remand this case pursuant to sentence four of 42 U.S.C. § 405(g) (1995):

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner seeks remand for further development of the record and for the ALJ to issue a new decision. Under these circumstances, a sentence four remand is appropriate. *See Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

IT IS THEREFORE ORDERED THAT Defendant's Motion to Remand (docket entry #13) is GRANTED. This is a remand pursuant to "sentence four" of 42 U.S.C.

§ 405(g).

DATED this 4th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE